James A. Michel
State Bar No. 184730
2912 Diamond St. #373
San Francisco CA 94131
415/ 239-4949
(Fax 239-0156)
attyjmichel@gmail.com

Attorney for Plaintiff
YANET CALLES

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| YANET CALLES, an individual, | Case No. 3:14-cv-2384 MEJ |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER |
| EQUABLE ASCENT FINANCIAL, LLC, a Delaware Limited Liability Company; LAW OFFICES OF HARRIS & ZIDE, a California Unincorporated Association; and FLINT C. ZIDE, individually and in his official capacity; and DOES 1 through 10, inclusive, | Fed. R. Civ. P. 41(a)(1) |
| Defendants. | |
| _____/ | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff YANET CALLES, and Defendants, EQUABLE ASCENT FINANCIAL, LLC, LAW OFFICES OF HARRIS & ZIDE  and FLINT C. ZIDE, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled; therefore, the claims asserted by Plaintiff YANET CALLES against Defendants EQUABLE ASCENT FINANCIAL, LLC, LAW OFFICES OF HARRIS & ZIDE  and FLINT C. ZIDE in the above-entitled case are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

2. Each party shall bear its own costs and attorney fees.

- 1 -
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

DATED: August 22, 2014         ____/s/ James A. Michel_____
                               JAMES A. MICHEL
                               Attorney for Plaintiff
                               YANET CALLES


DATED: August 27, 2014         ____/s/ Irwin Bernstein___
                               IRWIN BERNSTEIN
                               Liquidating Trustee
                               for Defendant
                               EQUABLE ASCENT FINANCIAL, LLC


DATED: August 22, 2014         ____/s/ Flint C. Zide_____
                               FLINT C. ZIDE
                               Law Offices of Harris & Zide
                               Attorneys for Defendants
                               FLINT C. ZIDE and LAW OFFICES OF
                               HARRIS & ZIDE


THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.


DATED: August 28, 2014         _____
                               HON. MARIA ELENA JAMES
                               UNITED STATES MAGISTRATE JUDGE